```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH L. FERGUSON, et al.    :    CIVIL ACTION
                               :
          v.                   :
                               :
VALERO ENERGY CORP., et al.    :    NO. 06-540
```

ORDER

AND NOW, this 15th day of June, 2009, upon consideration of the defendants' motion for partial summary judgment as to plaintiffs' claims for punitive damages (Docket No. 150), the plaintiffs' opposition and the defendants' reply thereto, IT IS HEREBY ORDERED that, for the reasons provided in the Court's memorandum of law dated June 12, 2009, that the defendants' motion is GRANTED.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.